FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 NOV -6 PM 3: 23

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER TO DISMISS** |
| | ) | |
| v. | ) | **4:08-PO-00277** |
| | ) | |
| **TEIA L. LYLES** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this ___6ᵀʰ___ day of November, 2014.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA